RECEIVED
DEC 0 2 2003

<u>**EXHIBIT A**</u>

**FILED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

2003 DEC -3  P 5:02

U.S. DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JACK MATHIS ET. AL,<br>  Plaintiffs, | CIVIL ACTION NO. |
| v. | 3:02CV337 (JCH) |
| THE HARTFORD,<br>  Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
REGARDING PLAINTIFF KEVIN HARTMAN**

Plaintiff, Kevin Hartman, and Defendant, The Hartford, hereby voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs and attorneys fees to either party.

DATE: 10/23/03

*/s/ Gary Phelan*
Gary Phelan, ct03670
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
Telephone: (860) 313-5005
Attorneys for Plaintiff Kevin Hartman

DATE: 10/28/03

*/s/ Miguel A. Escalera Jr.*
Miguel A. Escalera Jr., ct07252
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Telephone: (860) 493-0870
Attorneys for Defendant