RECEIVED
DEC 3 2003

FILED
2003 DEC -3 P 5:02

<u>EXHIBIT A</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MATHIS ET. AL, <br> Plaintiffs, | CIVIL ACTION NO. |
| v. | 3:02CV337 (JCH) |
| THE HARTFORD, <br> Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF KEVIN HARTMAN

Plaintiff, Kevin Hartman, and Defendant, The Hartford, hereby voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs and attorneys fees to either party.

DATE: 10/23/03

Gary Phelan, ct03670
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
Telephone: (860) 313-5005
Attorneys for Plaintiff Kevin Hartman

DATE: 10/28/03

Miguel A. Escalera Jr., ct07252
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Telephone: (860) 493-0870
Attorneys for Defendant

So Ordered.
[signature] 10/30/03