FILED

2003 DEC 31  P 2: 03

### UNITED STATED DISTRICT COURT
### DISTRICT OF CONNECTICUT

JACK MATHIS, KEVIN HARTMAN                    CIVIL ACTION NO.:
and LIEUTENANT JACKSON,                       3:02CV337(JCH)

            Plaintiffs,

v.

THE HARTFORD,

            Defendant.                        December 30, 2003

### PLAINTIFFS' WITHDRAWAL OF THEIR
### MOTION TO REOPEN THE CASE AND TO REQUEST
### A PRETRIAL CONFERENCE PURSUANT TO FED. R. CIV. P. 16 (a)

On August 1, 2003, the plaintiffs filed a Motion to Reopen the Case and to Request a

Pretrial Conference pursuant to Fed. R. Civ. P. 16(a) ("Motion to Reopen").  The plaintiffs now

move to withdraw their Motion to Reopen in its entirety.  The plaintiffs further acknowledge and

agree that the Judgment entered by the court on July 3, 2003 dismissing this action remains in

effect.  The defendant's counsel, Shel D. Myers, has represented that the defendant does not

oppose the withdrawal of the plaintiffs' Motion to Reopen.

                    THE PLAINTIFFS:


                    BY: _____
                    Gary Phelan, Esq. (CT 03670)
                    Gary Phelan, L.L.C.
                    Corporate Center West
                    433 South Main Street, Suite 117
                    West Hartford, CT  06110
                    (860) 313-5005

## CERTIFICATION OF SERVICE

A copy of the foregoing was mailed first-class, postage prepaid on December 30, 2003 to:

Shel D. Myers, Esq.
Kainen, Escalara & McHale
21 Oak Street
Hartford, CT  06106

_____
Gary Phelan