FILED

2003 DEC 31 P 2:03

02CV337 wDMOT

UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACK MATHIS, KEVIN HARTMAN and LIEUTENANT JACKSON, | CIVIL ACTION NO.: 3:02CV337(JCH) |
| Plaintiffs, | |
| v. | |
| THE HARTFORD, | |
| Defendant. | December 30, 2003 |

**PLAINTIFFS' WITHDRAWAL OF THEIR
MOTION TO REOPEN THE CASE AND TO REQUEST
A PRETRIAL CONFERENCE PURSUANT TO FED. R. CIV. P. 16 (a)**

On August 1, 2003, the plaintiffs filed a Motion to Reopen the Case and to Request a Pretrial Conference pursuant to Fed. R. Civ. P. 16(a) ("Motion to Reopen"). The plaintiffs now move to withdraw their Motion to Reopen in its entirety. The plaintiffs further acknowledge and agree that the Judgment entered by the court on July 3, 2003 dismissing this action remains in effect. The defendant's counsel, Shel D. Myers, has represented that the defendant does not oppose the withdrawal of the plaintiffs' Motion to Reopen.

THE PLAINTIFFS:

BY: _____
Gary Phelan, Esq. (CT 03670)
Gary Phelan, L.L.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005